IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RASHAD C. LEE,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **ROLANDA CALLOWAY and** ) <br> **STEVEN T. MARSHALL,** ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 2:23cv129-MHT <br> (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. 4) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of October, 2023.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE